**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-655 |
| | § § | |
| CESAR AVILA | § | |
| CARLOS MARTINEZ-AGUILAR | § | |

**O R D E R**

Defendant Martinez-Aguilar filed an unopposed motion for continuance, (Docket Entry No. 27). The co defendant is unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 6, 2012 |
| Responses are to be filed by: | January 20, 2012 |
| Pretrial conference is reset to**:** | **January 26, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 30, 2012 at 9:00 a.m.** |

SIGNED on September 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge