IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-655 |
| | § | |
| CESAR AVILA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 79). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 23, 2012 at 2:00 p.m.**

SIGNED on October 4, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge